INTERNATIONAL RAILWAY COMPANY, Appellant, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent, Appellant.— Judgment reversed on the law and new trial granted, without costs of this appeal to either party. Held, that the questions of negligence and freedom from contributory negligence of each of the parties were questions of fact for the jury. All concur.

THE BARBER-FOSTER ENGINEERING COMPANY, Respondent, v. SMITH WHEEL, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN W. McKECHNEY, Respondent, v. WILLIAM HARVEY, Appellant.— Order affirmed, with costs. All concur.

FRANK DONOVAN, Respondent, v. JOSEPH H. WILLIAMS, Appellant.— Order affirmed, with costs. All concur.

GRACE DONOVAN, Respondent, v. JOSEPH H. WILLIAMS, Appellant.— Order affirmed, with costs. All concur.

JOSEPH J. BIDELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the law and facts and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the evidence was sufficient to show that the father received the sum of $100 to apply on medicines and expenses. All concur.

WILLIAM H. BIDELL, by JOSEPH J. BIDELL, His Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,600 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of evidence on the question of damages, and is excessive. All concur.

JAMES R. McCARTHY, Respondent, v. EMMA ODELL, Appellant.— Judgment and order reversed on the law, and new trial granted, with costs to appellant to abide event. Held, that it was reversible error for the trial justice, after the jury had been out for twenty-four hours, to say to them upon their return to the court room, " Juries are selected, not to disagree, but to agree, and all this time has been wasted unless the jury comes to an agreement. It is not likely that we will have in this county a jury as competent and as impartial to try this case as you are." That the effect of such remarks was to improperly coerce the jury and resulted in their agreeing upon a verdict within ten minutes thereafter. All concur.

GERTRUDE FORAN, Appellant, v. BUFFALO PALACE CORPORATION, Respondent.— Judgment affirmed, with costs. All concur, except Clark and Davis, JJ., who dissent.

In the Matter of the Application of JOSEPH E. HOLCOMB for a Warrant to Search the Premises Known as No. 9 Delaware Street, Tonawanda, N. Y. R. S. BROWN HOTEL COMPANY, INC., and Another, Appellants; THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Order affirmed. All concur.